MAI SHAWWA, BAR #236683
1226 L Street
Bakersfield, CA 93301
Telephone: (661) 348-4483
email: mai@shawwalaw.com

Attorney for Defendant DAVID JONATHAN VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JONATHAN VARGAS,<br><br>Defendant. | No.  1:24-MJ-00011-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MAI SHAWWA AS ATTORNEY OF RECORD AND ORDER** |

On January 24, 2024, Defendant David Jonathan Vargas was indicted on federal charges. CJA Panel Attorney Mai Shawwa was appointed to represent Mr. Vargas on January 31, 2024, for the arraignment and detention hearing only.  Having completed her representation of Mr. Vargas, CJA attorney Mai Shawwa now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Vargas require further legal assistance he has been advised to contact the Office of the Federal Defender for the Central District of California by mail at 3801 University Ave, Suite 700, Riverside, CA 92501, or by phone at (951) 276-6346, which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  February 13, 2024                                        Respectfully submitted,

/s/ *Mai Shawwa*
Mai Shawwa
Attorney for Defendant
David Vargas

**ORDER**

Having reviewed the notice and found that attorney Mai Shawwa has completed the services for which she was appointed, the Court hereby grants attorney Mai Shawwa's request for leave to withdraw as defense counsel in this matter.

Should Mr. Vargas require further legal assistance before he arrives in the Central District of California, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free).

IT IS SO ORDERED.

Dated: **February 15, 2024**               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE